TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

 NO. 03-19-00183-CV

 Austin Specialty Foods, LLC, Appellant

 v.

 Community Brewing Co., LLC, Appellee

 FROM THE 250th District Court OF Travis COUNTY
 NO. D-1-GN-18-007158, The Honorable Jan Soifer, JUDGE PRESIDING

 M E M O R A N D U M O P I N I O N

 Appellant Austin Specialty Foods, LLC and appellee Community
Brewing Co., LLC have filed a notice of nonsuit and joint motion to dismiss
this appeal. We grant the parties’ motion and dismiss the appeal. See
Tex. R. App. P. 42.1(a).

 __________________________________________
 Jeff Rose, Chief Justice
Before Chief Justice Rose, Justices Kelly and Smith
Dismissed on Joint Motion
Filed: June 11, 2019